**Terrance Lamount JAMES,**
**Plaintiff—Appellant,**

v.

**W.A. HUSKINS, Defendant—Appellee.**

No. 05–6976.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

Terrance Lamount James, Appellant pro se. Sandra Moody King, Russell & King, Asheville, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Lamount James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See James v. Huskins,* No. CA–04–88 (W.D.N.C. June 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*